NUMBER 13-00-132-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

________________________________________________________________

NUECES COUNTY HOSPITAL DISTRICT , Appellant,


v.


MERCANTILE BANK, N.A. AND GOWLAND, STREALY & ALTHEIDE, P.C. , Appellees.

________________________________________________________________

On appeal from the 214th District Court

of Nueces County, Texas.

________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



Appellant, NUECES COUNTY HOSPITAL DISTRICT , perfected an appeal from a judgment entered by the 214th
District Court of Nueces County, Texas, in cause number 97-1119-F . After the record and briefs were filed, appellee,
Mercantile Bank, N.A. n/k/a Wells Fargo Bank, N.A., filed a motion to dismiss the appeal. In the motion, appellee states
that the case in the trial court has been settled by all parties. Appellee requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellee's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellee's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 24th day of May, 2001 .